| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wiles, Michael E. | 2. Court or Organization<br><br>U. S. Bankruptcy Court, Southern District of New York | 3. Date of Report<br><br>7/22/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>06/30/2015 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (1/1/2014 to 12/31/2014) | Debevoise & Plimpton LLP |
| 2. | Retired partner/hourly compensation (1/1/2015 to 2/27/2015) | Debevoise & Plimpton LLP |
| 3. | Member, board of trustees | Soundview Preparatory School |
| 4. | Trustee | Trust # 1 |
| 5. | Trustee | Trust # 2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Undated | Retirement Plan, Debevoise & Plimpton LLP |
| 2. | 1/1/2000 | Cash Balance Plan, Debevoise & Plimpton LLP |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Self-employment income, attorney; Debevoise & Plimpton LLP | $2,355,298.00 |
| 2. | 2014 | Self-employment income, attorney; Debevoise & Plimpton LLP | $2,596,960.00 |
| 3. | 2015 | Attorney hourly compensation for January-February, Debevoise & Plimpton LLP | $27,720.00 |
| 4. | 2015 | Pension payments through June 30, Debevoise & Plimpton LLP | $275,043.60 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed artist |
| 2. | 2014 | Self-employed artist |
| 3. | 2015 | Self-employed artist |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wiles, Michael E.** | 7/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Home Mortgage | Mortgage on Rental Property # 1 (Pt VII, line 1) | M |
| 2. Wells Fargo Home Mortgage | Mortgage on Rental Property # 2 (Pt VII. line 2) | P1 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 7/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property # 1, Hawaii County, Hawaii | F | Rent | O | W | Exempt | | | | |
| 2. Rental Property # 2, Hawaii County, Hawaii | F | Rent | P1 | W | Exempt | | | | |
| 3. Citibank Accounts | A | Interest | M | T | Exempt | | | | |
| 4. JPMorgage Chase Account | A | Interest | J | T | Exempt | | | | |
| 5. Wells Fargo Account | A | Interest | J | T | Exempt | | | | |
| 6. LaPorte Savings Bank Account | A | Interest | K | T | Exempt | | | | |
| 7. Equitable Variable Life Insurance - Guar. Interest | A | Interest | K | T | Exempt | | | | |
| 8. Metropolitan Life Insurance Co. | A | Dividend | J | T | Exempt | | | | |
| 9. Met Life/Fidelity Variable Insurance Products Index 500 Portfolio | D | Int./Div. | L | T | Exempt | | | | |
| 10. Alliance Bernstein Global Thematic Growth A | A | Dividend | J | T | Exempt | | | | |
| 11. Western Asset Mtg Bckd Sec A (SGVAX) | A | Dividend | J | T | Exempt | | | | |
| 12. Westfield Subsidiary REIT 2 Inc. | A | Dividend | J | W | Exempt | | | | |
| 13. Talcott Realty III Trust | A | Dividend | J | W | Exempt | | | | |
| 14. Met Life Policyholder Trust | A | Dividend | J | T | Exempt | | | | |
| 15. Morgan Stanley Account | A | Interest | K | T | Exempt | | | | |
| 16. Brokerage Account #1 (H) | | | | | | | | | |
| 17. - Baron Growth Inst. Shares (BGRIX) | B | Dividend | L | T | Exempt | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 7/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BBH Core Select Fund (BBTEX) | A | Dividend | M | T | Exempt | | | | |
| 19. - BlackRock Equity Div. Fund (MADVX) | A | Dividend | J | T | Exempt | | | | |
| 20. - BlackRock Global Allocation Fund (MALOX) | D | Dividend | L | T | Exempt | | | | |
| 21. - BlackRock Strategic Muni. Opps. Fund (MAMTX) | B | Dividend | M | T | Exempt | | | | |
| 22. - Deutsche Int. Term Tax-Ex Fund (SZMIX) | B | Dividend | M | T | Exempt | | | | |
| 23. - Fidelity Low Priced Stock (FLPSX) | A | Dividend | L | T | Exempt | | | | |
| 24. - Fidelity Municipal Money Market (FTEXX) | A | Interest | O | T | Exempt | | | | |
| 25. - Fidelity Spartan Total Market Index (FSTVX) | A | Dividend | L | T | Exempt | | | | |
| 26. - Ivy Asset Strategy Fund (IVAEX) | A | Dividend | J | T | Exempt | | | | |
| 27. - Royce Total Return Fund (RYTRX) | A | Dividend | K | T | Exempt | | | | |
| 28. - Spartan 500 Index Fund (FUSVX) | B | Dividend | L | T | Exempt | | | | |
| 29. - SPDR S&P Midcap 400 Fund (MDY) | B | Dividend | L | T | Exempt | | | | |
| 30. - Tweedy Browne Global Value Fund (TBGVX) | A | Dividend | K | T | Exempt | | | | |
| 31. - Vanguard Limited Term T/E Fund (VMLUX) | A | Dividend | J | T | Exempt | | | | |
| 32. Brokerage Account #2 (H) | | | | | | | | | |
| 33. - Alabama St Pub Sch & College Auth (010608J73) | A | Interest | J | T | Exempt | | | | |
| 34. - Baldwin Cnty Ala WTS (057845MZ9) | B | Interest | K | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 7/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Boston Mass Wtr & Swr Comm Rev (101029QK5) | B | Interest | K | T | Exempt | | | | |
| 36. - Denton County TX (248775R26) | B | Interest | K | T | Exempt | | | | |
| 37. - Denver Colo City & Cnty Sch (249174PC1) | B | Interest | K | T | Exempt | | | | |
| 38. - Florida St. Brd Ed Pub Ed (34153PMA3) | B | Interest | K | T | Exempt | | | | |
| 39. - Jea Fl St. Johns River Pwr Park (46613QJE5) | B | Interest | K | T | Exempt | | | | |
| 40. - King Cnty WA Sch Dist #411 Issaquah (495224V87) | A | Interest | K | T | Exempt | | | | |
| 41. - Morgan Stanley US Govt Money Market (DWGXX) | A | Interest | J | T | Exempt | | | | |
| 42. - New York NY City Trans Auth Rev (64971MA77) | B | Interest | K | T | Exempt | | | | |
| 43. - New York St. Urban Dev Corp Rev (650035SW9) | B | Interest | K | T | Exempt | | | | |
| 44. - North Kansas City Mo Sch Dist (660266GD3) | B | Interest | J | T | Exempt | | | | |
| 45. - Ohio St. Univ (Unrefunded) (67766WPK2) | B | Interest | K | T | Exempt | | | | |
| 46. - Ohio St. Wtr Dev Auth (67766WPK2) | B | Interest | K | T | Exempt | | | | |
| 47. - Pearland TX (7048626X4) | A | Interest | J | T | Exempt | | | | |
| 48. - Purdue Univ Ind Univ Revs (746189PG8) | B | Interest | K | T | Exempt | | | | |
| 49. - Seattle WA Solid Waste Rev (812702AK4) | B | Interest | K | T | Exempt | | | | |
| 50. - University Houston Tex Univ Rev (914301H66) | B | Interest | K | T | Exempt | | | | |
| 51. - University Wash Univ Revs (91523NHS8) | A | Interest | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Valwood TX Imp Auth (920480EJ5) | A | Interest | J | T | Exempt | | | | |
| 53.  Retirement Account #1 (H) | | | | | | | | | |
| 54.  - Fidelity Contrafund (FCNTX) | C | Dividend | J | T | Exempt | | | | |
| 55.  - Tweedy Browne Global Value Fund (TBGVX) | D | Dividend | J | T | Exempt | | | | |
| 56.  - Vanguard Institutional Index Fund (VINIX) | D | Dividend | J | T | Exempt | | | | |
| 57.  - Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | Exempt | | | | |
| 58.  Retirement Account #2 (H) | | | | | | | | | |
| 59.  - Fidelity US Govt Reserves (FGRXX) | A | Interest | J | T | Exempt | | | | |
| 60.  Retirement Account #3 (H) | | | | | | | | | |
| 61.  - Fidelity Cash Reserves (FDRXX) | A | Interest | J | T | Exempt | | | | |
| 62.  - Ivy Asset Strategy Fund (IVAEX) | B | Dividend | J | T | Exempt | | | | |
| 63.  - Spartan 500 Index Fund (FUSVX) | A | Dividend | J | T | Exempt | | | | |
| 64.  Retirement Account #4 (H) | | | | | | | | | |
| 65.  - Baron Growth Fund (BGRFX) | C | Dividend | J | T | Exempt | | | | |
| 66.  - BlackRock Global Allocation Fund (MDLOX) | D | Dividend | J | T | Exempt | | | | |
| 67.  - Fidelity Contrafund (FCNTX) | D | Dividend | J | T | Exempt | | | | |
| 68.  - Fidelity Spartan Total Market Index (FSTVX) | C | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 7/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Royce Total Return Fund (RYTRX) | D | Dividend | J | T | Exempt | | | | |
| 70. - Tweedy Browne Global Value Fund (TBGVX) | A | Dividend | J | T | Exempt | | | | |
| 71. - Vanguard Institutional Index Fund (VINIX) | D | Dividend | N | T | Exempt | | | | |
| 72. - Vanguard Limited Term T/E Fund (VMLTX) | A | Dividend | J | T | Exempt | | | | |
| 73. - Vanguard Mid-Cap Index Fund (VIMSX) | C | Dividend | J | T | Exempt | | | | |
| 74. - Vanguard Prime Money Market Fund (VMMXX) | A | Interest | P1 | T | Exempt | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Trusts 1 and 2: I am the trustee for two grantor trusts set up by a friend for his children. We are in the process of appointing a new trustee and terminating my trust relationship.

Parts II and III-A: Income from Debevoise & Plimpton LLP: I retired as an active partner of Debevoise & Plimpton LLP effective December 31, 2014 but continued work on some client matters on an hourly basis in January and February 2015. I resigned from all client work at the end of February 2015, prior to the time I took office as a Bankruptcy Judge. I continue to receive pension payments from Debevoise & Plimpton LLP pursuant to the firm's retirement program, and I have a continuing interest in the firm's Cash Balance Plan. I plan to recuse myself from matters in which Debevoise & Plimpton LLP is counsel. SINCE I WILL RECUSE MYSELF FROM CASES INVOLVING DEBEVOISE & PLIMPTON LLP I AM REQUESTING THAT INFORMATION ABOUT MY PRIOR COMPENSATION (BEFORE 2015) BE REDACTED AND NOT PUBLICLY DISCLOSED. My prior compensation (from before I was a Judge) is personal and confidential information that is irrelevant to my service as a Judge.

Part VII, Rental Properties (items 1 and 2): income reported is gross rental income before deductions for operating expenses, local taxes, management commissions, condominium and homeowner association fees, and other costs.

Part VII, Equitable Variable Life Insurance (item 7): this reflects investment returns in a variable life insurance policy. The investment option is the guaranteed interest option. The value at the end of the reporting period reflects cash value, not the potential insurance coverage.

Part VII, Met Life/Fidelity Variable Insurance Products Index 500 Portfolio (item 9): this represents investments that fund premiums in a variable life insurance policy at Met Life. The income listed is based on reported returns during the relevant period. The value at the close of the reporting period is the cash value of the investment rather than the potential insurance coverage.

Part VII: items 16-74 have been compiled by my financial advisor.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael E. Wiles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544